Order entered November 19, 2018



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00631-CV

**GUSTAVO TORRES, Appellant**

**V.**

**ANGEL LEE, INDIVIDUALLY AND D/B/A ANGEL CONSTRUCTION AND/OR 1004 CONSTRUCTION, 1004 CONSTRUCTION, INC., MI K. HAN-SON, MIKE K. HANSON AND HEIU S. LEE, Appellees**

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-02662-2017

## ORDER

Before the Court is appellant's November 16, 2018 motion for an additional extension of time to file brief. Appellant seeks an extension to December 14, 2018, explaining the extension is needed because of counsel's workload and because the clerk's record is incomplete. Appellant states he requested a supplemental clerk's record November 12, 2018 and paid the clerk's fee November 13, 2018.

We note that, as of the date of this order, the supplemental clerk's record has not been filed. Accordingly, we **ORDER** Collin County District Clerk Lynne Finley to file the supplemental clerk's record requested by appellant no later than November 30, 2018. We

**GRANT** the extension motion and **ORDER** appellant to file his brief no later than December 14, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/     DAVID EVANS
           JUSTICE